IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARRIN L. JAMES SR.,

    Plaintiff,

v.                                              No. CIV 10-0445 RB/WDS

K. ROBERTS, JAIL ADMINISTRATOR,
LT. C. CHAVES,
CURRY COUNTY MEDICAL DEPARTMENT,
IN THEIR OFFICIAL AND INDIVIDUAL CAPACITY,

    Defendants.

## ORDER FOR PERSONAL SERVICE OF PROCESS

This matter is before the Court *sua sponte* pursuant to 28 U.S.C. § 1915(d) and rule 4(c), (d) of the Federal Rules of Civil Procedure. Plaintiff is proceeding under § 1915, and it appears to the Court that personal service of the summons and complaint on Defendants Roberts and Chaves is required in this matter. *See* Fed. R. Civ. P. 4(c)(3), (d)(2). Under rule 4(d)(2), the Court must impose costs of service on a Defendant who, without good cause, does not comply with a request to waive service.

IT IS THEREFORE ORDERED that summonses shall be issued and the U.S. Marshal shall serve the summonses and complaint personally on Defendants Roberts and Chaves as directed by the Clerk. The service of the summons and complaint shall be at no cost to the Plaintiff.

_____
UNITED STATES MAGISTRATE JUDGE