**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**DARREN L. JAMES, Sr.,**

    **Plaintiff,**

**vs.**                                                                                                    **Cause No. 1:10-cv-445 RB/WDS**

**K ROBERTS, Administrator, et al.,**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. The record reflects that several of Defendants' mailings to the Plaintiff were returned undelivered. [Docs. 14, 15, 20, 22.] Plaintiff has failed to respond to Defendants' *Martinez* report. Furthermore, Plaintiff's "Response to Answer to Plaintiff's Response" contains a return address that is different from his address of record. [Doc. 18 at 6.] It thus appears that Plaintiff has been released from custody or been transferred without advising the Court of his new address as required by D.N.M.LR-Civ. 83.6, and has therefore severed contact with the Court.

Plaintiff's failure to keep the Court informed of his address demonstrates a manifest lack of interest in prosecuting his claims, which is grounds for dismissal *sua sponte. See Link v. Wabash RR. Co.*, 370 U.S. 626, 629–30 (1962); *Martinez v. Internal Revenue Serv.*, 744 F.2d 71, 73 (10th Cir. 1984); *Okla. Publ'g Co. v. Powell*, No. 78-1856, 1980 WL 6687, at *2 (10th Cir. Mar. 7, 1980). Plaintiff will be required to show cause why this case should not be dismissed. Failure to respond may result in dismissal without further notice.

IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this order,

Plaintiff shall file a response showing cause why this action should not be dismissed; the Clerk is directed to mail this order to Plaintiff's address of record and also to 1113 S. Lea, Clovis, New Mexico 88101.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**